UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ESTATE OF KYLE THOMAS BRENNAN,
by and through its Administrator,
Victoria L. Britton,

    Plaintiff,               CASE NO. 8:09-CV-00264-T-23-SDM-EAJ

vs.

CHURCH OF SCIENTOLOGY FLAG SERVICE
ORGANIZATION, INC., DENISE MISCAVIGE
GENTILE, GERALD GENTILE and THOMAS
BRENNAN,

    Defendants.
_____/

## JOINT STIPULATION FOR TEMPORARY STAY AND REQUEST FOR COURT APPROVAL

The parties, by their undersigned counsel, hereby stipulate that this matter be stayed until November 16, 2009 and request court approval.

During the period of the temporary stay, the parties will be engaged in a confidential effort to resolve an issue that directly affects whether this action will be continued. The parties believe that this temporary stay will allow them to resolve the issue, which could have an impact on the future course of this action. The parties will disclose to the Court the background of the pending issue, but request that it be done in camera so that the confidentially of the issue may be preserved.

WHEREUPON, the parties request that the Court may enter an order staying the above-styled proceedings until and including November 16, 2009.

STIPULATED AND AGREED.

| JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP | DANDAR & DANDAR, P.A. |
|---|---|
| BY:F. Wallace Pope, Jr.<br>F. WALLACE POPE, JR.<br>Fla. Bar No. 124449<br>wallyp@jpfirm.com<br>ROBERT V. POTTER<br>Fla. Bar No. 0363006<br>bobp@jpfirm.com<br>Post Office Box 1368<br>Clearwater, FL 33757<br>727-461-1818; Fax: 727-462-0365<br>Attorneys for Church of Scientology<br>Flag Service Organization, Inc. | BY:/s/ Kennan G. Dandar<br>KENNAN G. DANDAR<br>Fla. Bar No. 289698<br>5509 West Gray St., Suite 201<br>Post Office Box 24597<br>Tampa, FL 33623-4597<br>813-289-3858/Fax: 813-287-0895<br>kgd@dandarlaw.net<br>Attorney for Plaintiff |

ZUCKERMAN SPAEDER LLP

BY:/s/ Lee Fugate
LEE FUGATE
Fla. Bar No. 170928
lfugate@zukerman.com
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
813-221-1010; Fax: 813-223-7961
Attorneys for Defendants Gerald Gentile
and Denise Gentile

Defendant, THOMAS BRENNAN, lacks knowledge of or involvement in the issues for which the other parties request a temporary stay, however, Defendant Brennan does not object to entry of the stay if approved by the Court.

ALVAREZ GARCIA

BY:/s/ Richard C. Alvarez
RICHARD C. ALVAREZ
Fla. Bar No. 031615
ralvarez@alvarezgarcia.com
1509 West Swann Ave., Suite 240
Tampa, FL 33606
(813) 259-9555; Fax: 813-254-9555
Attorneys for Thomas Brennan

## CERTIFICATE OF SERVICE

I HEREBY CERTFIY that on August 13th, 2009, I electronically filed the foregoing Stipulation for Stay with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: LEE FUGATE, ESQ., lfugate@zukerman.com, attorney for defendants, Denise Gentile and Gerald Gentile; KENNAN G. DANDAR, ESQ., kgd@dandarlaw.net, attorney for plaintiff; and Kyle Thomas Brennan, RICHARD C. ALVAREZ, ESQ., Rick Alvarez ralvarez@alvarezgarcia.com attorney for Thomas Brennan.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ F. Wallace Pope Jr.
F. Wallace Pope, Jr.
Florida Bar No. 0124449
wallyp@jpfirm.com
Robert V. Potter
Florida Bar No. 0363006
bobp@jpfirm.com
Post Office Box 1368
Clearwater, Florida 33757-1368
Telephone: (727) 461-1818
Facsimile: (727) 462-0365
Attorneys for Church of Scientology
Flag Service Organization, Inc.

498257