UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTATE OF KYLE THOMAS BRENNAN,

    Plaintiff,

v.                                    CASE NO: 8:09-cv-264-T-23EAJ

CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC., et al.,

    Defendants.
_____/

## **ORDER**

The parties' "Joint Stipulation for Temporary Stay and Request for Court Approval" (Doc. 45) is construed as a motion for a temporary stay, and the motion (Doc. 45) is **GRANTED**. This action is **STAYED** until **November 16, 2009**, and the Clerk is directed to **ADMINISTRATIVELY CLOSE** the case. Any party may move to re-open the case. On or before **November 20, 2009**, the parties shall file the case management report required by Local Rule 3.05.

ORDERED in Tampa, Florida, on August 14, 2009.

                                                      */s/ Steven D. Merryday*
                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE