UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTATE OF KYLE THOMAS BRENNAN,
by and through its Administrator,
Victoria L. Britton,

    Plaintiff,

vs.                              Case No. 8:09-cv-00264-T-23-EAS

CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION, INC.,
DENISE MISCAVIGE GENTILE,
GERALD GENTILE, and
THOMAS BRENNAN,

    Defendants.
_____/

## NOTICE OF LIST OF PROPOSED DISCOVERY DEPOSITIONS

Pursuant to the Order of this Court of May 24, 2010, the following is a list of the proposed discovery depositions to be taken by the Plaintiff:

| Name | Subject |
| --- | --- |
| Thomas Brennan | Defendant |
| Denise Gentile | Defendant |
| Gerald Gentile | Defendant |
| Marty Scholl | Investigated death |
| Stephen Bohling | Investigated death |
| Jonathan Yuen | Responded to scene |
| William Smith, III | Processed Kyle Brennan's cell phone |
| Jennifer McCabe | Forensic Tech who processed the crime scene |
| Jerome Mourelayos | Paramedic who responded to scene |
| Custodian of Records of FLAG and Church of Scientology | Records concerning PR Flaps and other documents previously requested in this case |

| | |
|---|---|
| OSA Intelligent Officer at FLAG who has information or communication with any defendant concerning Kyle Brennan | Any information concerning Kyle Brennan and/or defendants |
| Solo NOTs Director of Processing for Thomas Brennan, Denise Gentile & Gerald Gentile | Information concerning defendants |
| Solo NOTs Supervisor for Thomas Brennan, Denise Gentile & Gerald Gentile | Information concerning defendants |
| Solo NOTs Master at ARMs or Public Master at ARMs for Thomas Brennan, Denise Gentile & Gerald Gentile | Information concerning defendants |
| Division VI FSO Staff Member in 02/2007 | Involvement of Thomas Brennan, Denise Gentile & Gerald Gentile in CCHR and/or NARCONON, |
| FSO Public Chaplain | dealings with OT Public and/or OT Public such as Denise Gentile |
| Case Supervisor | Information concerning defendants |
| Ethics Officer | Information concerning defendants |

I HEREBY CERTIFY that on May 26, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following  F. WALLACE POPE, JR. (Flag), Post Office Box 1368, Clearwater, Florida 33757-1368; LEE FUGATE, ESQ. (Gentile) 101 Est Kennedy Blvd., Suite 1200, Tampa, Florida 33602-5147 and RICHARD ALVAREZ, ESQ. (Brennan), 1509 West Swann avenue, Suite240, Tampa, Florida 33606.

/s/**Kennan George Dandar**
KENNAN G. DANDAR, ESQ.
Florida Bar No. 289698
DANDAR & DANDAR, P.A.
5509 West Gray Street, Suite 201
Post Office Box 24597
Tampa, Florida 33623-4597
813-289-3858/Fax: 813-287-0895
Attorney for Plaintiff
kgd@dandarlaw.net