**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:09-cv-264-T-23EAJ | **DATE:** June 2, 2010 |
| **HONORABLE STEVEN D. MERRYDAY** | |
| **ESTATE OF KYLE THOMAS BRENNAN**<br><br>**Plaintiff,**<br>v.<br><br>**CHURCH OF SCIENTOLOGY FLAG SERVICES ORGANIZATION, INC., et al.,**<br><br>**Defendant**s. | **PLAINTIFF'S COUNSEL**<br><br>Kennan Dandar<br><br><br>**DEFENSE COUNSEL**<br><br>Wallace Pope<br>Robert Vernon Potter<br>Lee Fugate<br>Richard Alverez |
| **COURT REPORTER:**   Bill Jones | **DEPUTY CLERK:**   Terese Dear |
| **TIME:** 2:05- 2:20 p.m.   **TOTAL:** 15 min | **COURTROOM:** 15A |

**PROCEEDINGS:**   *STATUS CONFERENCE*

Parties appeared telephonically.

Discovery plans discussed.