UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTATE OF KYLE THOMAS BRENNAN,
by and through its Administrator,
Victoria L. Britton,

    Plaintiff,

vs.                        Case No. 8:09-cv-00264-T-23-EAS

CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION, INC.,
DENISE MISCAVIGE GENTILE,
GERALD GENTILE, and
THOMAS BRENNAN,

    Defendants.

_____/

*This motion GRANTED - Stipulation APPROVED - petition DENIED - DENIED AS MOOT in Tampa, FL on 7/14/20__*
*STEVEN D. MERRYDAY*
*UNITED STATES DISTRICT JUDGE*

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY
OR EXTEND DISPOSITIVE MOTION DEADLINE**

Plaintiff, ESTATE OF KYLE THOMAS BRENNAN, by and through its Administrator, Victoria L Britton. hereby moves to compel discovery or extend the deadline for dispositive motion filing based on the following:

1.    The parties have stipulated to conduct discovery up August 1, 2010, and per this court's order, Dkt 80, in order to comply with the date for dispositive motion filing of August 2, 2010, per this court's order, Dkt 58.

2.    Depositions of Defendants, Denise Gentile and Gerald Gentile, were originally scheduled for July 23, 2010. However, Plaintiff had to reschedule them to July 30, 2010, an agreed discovery back-up date, but without consent of counsel and within the court ordered discovery time. This is the first discovery problem.

3.    This discovery problem arose from the Defendants scheduling the brother of Victoria Britton, Gary Robinson, a key witness for Plaintiff, for deposition on July 22, 2010,