**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:09-cv-264-T-23EAJ | **DATE:** July 14, 2010 |
| **HONORABLE STEVEN D. MERRYDAY** | |
| **ESTATE OF KYLE THOMAS BRENNAN**<br><br>      **Plaintiff,**<br>**v.**<br><br>**CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC., et al.,**<br><br>      **Defendant**s. | **PLAINTIFF'S COUNSEL**<br><br>Kennan Dandar<br><br>**DEFENSE COUNSEL**<br><br>Robert Potter<br>Lee Fugate |
| **COURT REPORTER:**   Bill Jones | **DEPUTY CLERK:**   Terese Dear |
| **TIME:** 3:30-3:45      **TOTAL:** /15 | |

**PROCEEDINGS:**   *MOTION TO COMPEL*

All parties appeared telephonically.

Oral arguments heard.