UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTATE OF KYLE THOMAS BRENNAN,
By and through its Administrator,
Victoria L. Britton,

    Plaintiff,

v.                                         Case No. 8:09-cv-264-T-23EAJ

CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, INC.,
DENISE MISCAVIGE GENTILE,
GERALD GENTILE, and
THOMAS BRENNAN

    Defendants.
_____/

## DEFENDANT'S NOTICE OF FILING

Defendant, Church of Scientology Flag Service Organization Inc. ("FSO Church"), hereby gives notice of filing the court docket for 6th Circuit Court Case No. 00005682CI, as an attachment to FSO Church's Response to Estate's Second Emergency Motion for Permanent Injunction and Motion for Sanctions.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: LEE FUGATE, ESQ., lfugate@zukerman.com, attorney for defendants, Denise Gentile and Gerald Gentile; KENNAN G. DANDAR, ESQ., kgd@dandarlaw.net, attorney for plaintiff; and Kyle Thomas Brennan, RICHARD C. ALVAREZ, ESQ., Rick Alvarez ralvarez@alvarezgarcia.com attorney for Thomas Brennan.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ F. Wallace Pope
F. Wallace Pope, Jr.
Florida Bar No. 0124449
wallyp@jpfirm.com
Robert V. Potter
Florida Bar No. 0363006
bobp@jpfirm.com
Post Office Box 1368
Clearwater, Florida 33757
Telephone:(727) 461-1818
Fax: 727 462-0365
Counsel for Church of Scientology Flag Service Organization Inc.

538154