UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ESTATE OF KYLE THOMAS BRENNAN,**

    **Plaintiff,**

v.                                                               Case No.: 8:09-cv-264-T-23EAJ

**CHURCH OF SCIENTOLOGY FLAG**
**SERVICE ORGANIZATION, INC. et al.,**

    **Defendants.**

_____/

## NOTICE OF APPEAL

Notice is herby given that Plaintiff, the ESTATE OF KYLE THOMAS BRENNAN, Appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a Final Judgment entered in favor of all Defendants on December 7, 2011, which was predicated on an Order granting Defendants' Motion for Summary Judgment, entered in this action on December 6, 2011. The Final Judgment is attached hereto as Exhibit "A," and the Order granting Summary Judgment is attached hereto as Exhibit "B."

                                                                Respectfully submitted,

                                                                /s/ Luke Lirot_____
                                                                Luke Lirot, Esquire
                                                                Florida Bar Number 714836
                                                                LUKE CHARLES LIROT, P.A.
                                                                2240 Belleair Road, Suite 190
                                                               Clearwater, Florida 33764
                                                               Telephone:    (727) 536-2100
                                                               Facsimile:     (727) 536-2110
                                                               E-Mail: Luke2@Lirotlaw.com

                                                              *Attorney for Plaintiff/Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on this 29th day of December, 2011. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Luke Lirot_____
Luke Lirot, Esquire
Florida Bar Number 714836